UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2022 MERCEDES GLE COUPE SPORT UTILITY VEHICLE, VIN 4JGFD8KB4NA779976, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01722-RSL<br><br>ORDER SEALING NOTICES OF VERIFIED COMPLAINT |

This matter comes before the Court on plaintiff's "Motion to Seal Notices of Verified Complaint for Forfeiture *In Rem*." Dkt. # 8. The motion is GRANTED. The Clerk of Court is directed to seal Dkt. # 3 and # 6. Plaintiff shall, within seven days of the date of this Order, file redacted versions of these documents.

Dated this 13th day of December, 2024.

　　　　　　　　　　　　　　　　　*Robert S. Lasnik*
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER SEALING NOTICES OF VERIFIED
COMPLAINT - 1