|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT FOR THE<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| | UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2022 MERCEDES GLE COUPE SPORT UTILITY VEHICLE, VIN 4JGFD8KB4NA779976, BEARING WASHINGTON LICENSE PLATE CEP2184, REGISTERED TO ANTHONY J. VALELA; AND<br><br>$17,721.00 IN U.S. CURRENCY SEIZED ON OR ABOUT JUNE 12, 2023,<br><br>Defendants. | NO. CV24-1722-RSL<br><br>**DEFAULT JUDGMENT OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Default Judgment of Forfeiture (the "Motion"), for the above-captioned 2022 Mercedes GLE Coupe Sport Utility Vehicle, VIN 4JGFD8KB4NA779976, bearing Washington License Plate CEP2184 (the "Defendant Mercedes") and $17,721.00 In U.S. Currency seized on or about June 12, 2023 (the "Defendant Currency") (collectively, the "Defendant Property").

Order of Default Judgment of Forfeiture - 1
*United States v. One 2022 Mercedes Gle Coupe, et al.*
CV24-1722-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Default Judgment of Forfeiture is appropriate because:

1. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") (*see* Dkt. Nos. 3, 6, 7, 9, 10, 12, 14, 15, 16, 19);

2. No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case;

3. On April 17, 2025, the Clerk of Court entered default against all potential claimants (*see* Dkt. No. 20);

4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of entry of default judgment.

Now, therefore, a Default Judgment of Forfeiture is ENTERED, as follows:

1. The above-captioned Defendant Property is fully and finally condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6) (proceeds from the sale of controlled substances);

2. The above-captioned Defendant Mercedes is also forfeitable to the United States, pursuant to 21 U.S.C. § 881(a)(4) (facilitating property for drug distribution and possessing drugs with the intent to distribute) and pursuant to 18 U.S.C. § 981(a)(1)(A) (property involved in a transaction in violation of 18 U.S.C. § 1957);

3. Hereinafter, no right, title, or interest in the Defendant Property shall exist in any party, other than in the United States; and

Order of Default Judgment of Forfeiture - 2
*United States v. One 2022 Mercedes Gle Coupe, et al.*
CV24-1722-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4.  The United States Department of Justice, the Federal Bureau of Investigation, and/or its agents and representatives, shall dispose of the Defendant Property as permitted by governing law.

It is so ORDERED.

DATED this 2nd day of May, 2025.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Default Judgment of Forfeiture - 3
*United States v. One 2022 Mercedes Gle Coupe, et al.*
CV24-1722-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970